# Court of Appeals
# of the State of Georgia

ATLANTA, October 15, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0327.** PAUL WERSANT v. SOPHIA HO WERSANT.

This appeal was docketed on September 9, 2024. The appellant failed to comply with Court of Appeals Rule 23 (a) regarding the filing of a brief within 20 days after the appeal was docketed. Because the appellant failed to comply with Court of Appeals Rule 23 (a), this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,_____10/15/24_____*
            *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*